UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| MICHAEL O'BRIEN, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case number 4:05cv1559 RWS TCM |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

This case is before the undersigned on his own motion. The plaintiff, Michael O'Brien, has requested that an adverse decision by an administrative law judge be reversed. The defendant, Jo Anne B. Barnhart, the Commissioner of Social Security, has filed the administrative record and argues that the decision should be affirmed. The undersigned is unable to meaningfully review that decision because the record is missing page four of the ten-page decision. Accordingly,

**IT IS HEREBY ORDERED** that the Commissioner is to file page four of the administrative law judge's decision of March 23, 2005, within (15) fifteen days of the date of this Order.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of October, 2006.