UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

MICHAEL O'BRIEN, )
)
    Plaintiff, )
)
v. ) Case No. 4:05CV1559 RWS
)
MICHAEL J. ASTRUE[1], )
Commissioner of Social Security, )
)
    Defendant. )

## MEMORANDUM AND ORDER

The Court referred this matter to United States Magistrate Judge Thomas C. Mummert, III for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On July 11, 2007, Judge Mummert filed his recommendation that the decision of the Commissioner denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act be affirmed. No objections to Judge Mummert's Report and Recommendation were filed.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Mummert set forth in support of his recommended ruling noted in the Report and Recommendation of July 11, 2007.

---

[1] Astrue was sworn in as the Commissioner of Social Security on February 12, 2007, and is hereby substituted as the defendant pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated July 11, 2007 [#22] is adopted in its entirety.

A separate judgment in accordance with this Order is entered this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 1st day of August, 2007.